■ STERLING EQUITIES, INC., Appellant, v JOSEPH T. COMRAS,

Individually and Doing Business as THE COMRAS COMPANY, et al., Respondents.—Judgment, Supreme Court, New York County (Irving Kirschenbaum, J.), entered on January 17, 1986, unanimously affirmed for the reasons stated by Irving Kirschenbaum, J. Respondents shall recover of appellant one bill of $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Smith, JJ.